PROB 12C
(7/93)

Report Date: December 20, 2012

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Madrigal-Sanches          Case Number: 2:12CR02090-001

Address of Offender: ▉▉▉▉▉▉▉▉ Sunnyside, WA 98944

Name of Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/21/2004

Original Offense: Possession With Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

Original Sentence: Prison - 120 Months;          Type of Supervision: Supervised Release
TSR - 60 Months

Asst. U.S. Attorney: TBD          Date Supervision Commenced: 7/13/2012

Defense Attorney: Federal Defender's Office          Date Supervision Expires: 7/12/2017

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number         Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Madrigal-Sanches was charged with four counts of fish for personal use-barbed hook, Pierce County District Court, cause number 2ZP041678, November 2, 2012.

According to the Pierce County District Court docket, on November 17, 2012, the defendant received a fine of $87 on each count for a total of $348.

2    **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Mr. Madrigal-Sanches failed to notify his probation officer within 72 hours of having law enforcement contact when cited for fish for personal use-barbed hook by the Washington Department of Fish and Wildlife on November 2, 2012.

Mr. Madrigal-Sanches has yet to report this incident to his probation officer as of December 19, 2012.

3 **Standard Condition # 6**: The defendant shall not leave the judicial district without the permission of the Court or probation officer.

**Supporting Evidence**: Mr. Madrigal-Sanches traveled outside the Eastern District of Washington without permission on or before November 2, 2012.

On November 2, 2012, Mr. Madrigal-Sanches was cited by the Washington Department of Fish and Wildlife for fish for personal use-barbed hook in Pierce County, Washington, which is outside the Eastern District of Washington. Mr. Madrigal-Sanches did not obtain prior permission to travel outside the district.

4 **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Madrigal-Sanches was charged with no valid operator's license, Yakima District Court cause number 12736; and reckless driving, hit/run unattended property, Yakima District Court cause number 2Z0381628, on September 28, 2012.

On September 28, 2012, an officer from the Yakima Sheriff' Office was responding to a hit and run motor vehicle collision, just south of the city limits of Grandview. As the deputy was far from the scene, an officer from the Grandview Police Department responded. Upon arrival, the deputy observed the Grandview police officer speaking with a female, who identified herself as the defendant's wife.

According to the police report, the driver failed to stop for a stop sign, slid through the intersection, struck a fence and a tree, and finally came to rest on the side of a shed, narrowly missing a parked vehicle. Also, for safety purposes, the Grandview police officer shut the vehicle off.

Witnesses indicated the driver of the vehicle walked away from the scene. Witnesses also gave a description of the driver to the deputy. A witness related that moments after the accident occurred, the defendant's wife arrived on the scene. When questioned, the defendant's wife indicated she believed her husband, Miguel Madrigal-Sanchez, had been driving the vehicle at the time of the accident.

A cell phone was recovered from the front driver's floorboard of the vehicle, which was later determined to belong to the defendant. It should be noted, the vehicle involved in the accident was reported as stolen.

5 **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Madrigal-Sanches was charged with first degree theft and first degree malicious mischief by the Grandview Police Department, case number 12V4151 on September 28, 2012.

On September 28, 2012, officers were dispatched to Legacy Motors in Grandview regarding a stolen vehicle. Upon arrival, officers spoke with the salesman/victim (RP). According to RP, the male subject arrived at the car lot on foot, and identified himself as "Miguel." RP

    indicated Miguel advised he had been working in the fields and had $1,000 cash and wished to purchase a pickup truck.

    RP related he started the vehicle for Miguel, and informed Miguel that he would have to fill out some paperwork prior to taking the vehicle for a test drive.  RP advised the vehicle had been shut off, but the ignition key had been left in the vehicle.  RP reported he went into his office to get the paperwork, and observed Miguel leaving in the vehicle.

    RP related he thought Miguel was just taking the vehicle for a test drive, but approximately 2 hours later decided to call police and report the vehicle as stolen.  A description of Miguel was ascertained which matched the description from the witnesses at the accident.

    The officer returned to Legacy Motors and provided RP with a recent photo of suspect, Mr. Madrigal-Sanches, and RP identified the defendant as the person who stole the pickup.

    According to the Grandview Police narrative report, this incident has been sent to the prosecutor's office requesting a warrant.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/20/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer
01/08/13

Date