PROB 12C
(7.93)

Report Date: March 19, 2013

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Madrigal-Sanches          Case Number: 2:12CR02090-001

Address of Offender: .

Name of Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/21/2004

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 Months TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: 7/13/2012 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: 7/12/2017 |

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on December 20, 2013.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Madrigal-Sanches was charged with possession of a controlled substance, Yakima County Superior Court cause number 13-1-00331-2 on March 2, 2013.

According to the Grandview Police Department narrative report, on March 2, 2013, officers responded to the defendant's residence in attempt to serve a warrant. Upon arrival, the defendant was immediately located and taken into custody. A subsequent search of the defendant's person prior to booking revealed two cellular telephones and a wallet. The wallet had a dollar bill folded into a bindle which contained a white crystalline powder. The officer weighed and field tested the bindle, which weighed 1.5 grams and field tested positive for cocaine.

Prob12C
**Re: Madrigal-Sanches, Miguel**
**March 19, 2013**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/19/2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[x]    The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]    Other

s/ Fred Van Sickle

Signature of Judicial Officer

3/20/13

Date